Query     Reports     Utilities     Help     What's New     Log Out

TERMED

# U.S. District Court
## Southern District of Iowa (Central)
### CRIMINAL DOCKET FOR CASE #: 4:25-mj-00505-HCA-1

Case title: USA v. Gardner

Date Filed: 08/15/2025

Other court case number: 2:25mj31 Southern District of Mississippi

Date Terminated: 08/15/2025

*2:25cr28-KHS-MTP* (handwritten)

Assigned to: Magistrate Judge Helen C. Adams

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 11 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

### Defendant (1)

**Sean Gardner**
*TERMINATED: 08/15/2025*

represented by **Nova Danielle Janssen**
FEDERAL PUBLIC DEFENDERS OFFICE
400 LOCUST STREET
SUITE 340
DES MOINES, IA 50309-2353
515-309-9610
Fax: 515-309-9625
Email: nova_janssen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:2251(a) Production of Visual Depictions of Minors Engaging in Sexually Explicit

### Disposition

Conduct

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Mikaela J. Shotwell**<br>UNITED STATES ATTORNEY'S OFFICE - DSM<br>210 WALNUT STREET<br>SUITE 455<br>DES MOINES, IA 50309<br>515-473-9300<br>Email: mikaela.shotwell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government - Federal* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2025 | 14 | Pretrial Services Report as to Sean Gardner. (Davidson, Priscilla) (Entered: 08/15/2025) |
| 08/15/2025 | 13 | TRANSFER OUT LETTER as to Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 12 | COMMITMENT TO ANOTHER DISTRICT and granting 9 Oral Motion for Detention as to Sean Gardner (1). Signed by Magistrate Judge William P. Kelly on 8/15/2025. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 11 | NOTICE: Assertion of Fifth and Sixth Amendment Rights as to Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 10 | Waiver of Rule 5 & 5.1 Hearings by Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 9 | ORAL MOTION for Detention by USA as to Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 8 | RULE 5 ORDER as to Sean Gardner. Signed by Magistrate Judge William P. Kelly on 8/15/2025. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 7 | ORDER APPOINTING COUNSEL and granting 6 Oral Motion to Appoint Counsel as to Sean Gardner (1). Signed by Magistrate Judge William P. Kelly on 8/15/2025. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 6 | ORAL MOTION to Appoint Counsel as to Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 5 | CJA 23 Financial Affidavit as to Sean Gardner. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 4 | Minute Entry for proceedings held before Magistrate Judge William P. Kelly: Initial Appearance - Rule 5.c.3. as to Sean Gardner held on 8/15/2025. (Court Reporter FTR Gold.) (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 3 | Rule 5.c.3. Documents Received from the Southern District of Mississippi as to Sean Gardner: Criminal Complaint. (kmp) (Entered: 08/15/2025) |
| 08/15/2025 | 2 | TEXT ORDER SETTING HEARING as to Sean Gardner: Initial Appearance - Rule 5(c)(3) set for 8/15/2025 at 01:45 PM in Des Moines - Room 530 - 5th Floor Southwest before Magistrate Judge William P. Kelly. Signed by Magistrate Judge William P. Kelly on 8/15/2025. (kmp) (Entered: 08/15/2025) |

| 08/15/2025 | <u>1</u> | Sealed Warrant from Southern District of Mississippi as to Sean Gardner. (tae) (Entered: 08/15/2025) |
|---|---|---|
| 08/15/2025 |  | Arrest (Rule 5.c.3) of Sean Gardner from charges pending in the Southern District of Mississippi. (tae) (Entered: 08/15/2025) |

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 4:25-mj-00505-HCA-1 |
| Sean Gardner ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 2:25-mj-31 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Mississippi___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: August 15, 2025

*Judge's signature*

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

## United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-mj-00505-HCA-1 : Clerk's Court Minutes – Initial Appearance

United States of America vs. Sean Gardner

Gov. Atty(s): Adam J. Kerndt : Indictment  Superseding Indictment  Information
Def. Atty(s): Nova Danielle Janssen : ✔ Complaint  Warrant
Court Reporter: FTR Gold : Code Violation/Offense:
Interpreter: N/A : SD/MS Complaint (2:25-mj-31)
  18:2251(a) Production of Visual Depictions of Minors
Date: August 15, 2025 : Engaging in Sexually Explicit Conduct
Time Start: 2:05 p.m. Time End: 2:13 p.m. :

### Initial Appearance

✔ Defendant Advised of Rights
Representation:   ✔ Appointed FPD    Appointed CJA    Retained Counsel
Next Court Event:   Preliminary    Arraignment    Removal Hearing
   Set for:

### Arraignment

Trial Scheduled for: : Advised of Charges/Maximum Penalties
Rule 16 Material due: : Indicted in True Name
Reciprocal Discovery due: : True Name:
Pretrial Motions due: : Reading of Indictment Waived
Plea Notification Deadline: : Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline: : Denied Forfeiture

### Custody Status

✔ Government Moved for Detention   Detention Hearing Set:
Court Ordered Defendant:   Released on Bond   ✔ Detained

Minutes:
Defendant appeared with AFPD Nova Danielle Janssen. Court appoints Federal Public Defender to represent this defendant in the Southern District of Iowa. Defendant advised of rights. Government is seeking detention. Defendant waives preliminary, detention, and identity hearing in this district and requests these hearings be set in the Southern District of Mississippi. Court orders defendant to remain detained pending proceedings in the Southern District of Mississippi.

/s/ K. Platt
Deputy Clerk

# United States District Court
# Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-mj-00505-HCA-1 |
| | ) | |
| Sean Gardner , | ) | ☐ *[Check if Federal Public Defender is appearing only for arraignment or initial appearance]* |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

The Court finds that the Defendant qualifies for appointment of counsel under the Criminal Justice Act, 18 USC §3006A, and the Criminal Justice Act Plan for the Southern District of Iowa. A CJA Form 23 Financial Affidavit shall be filed within five days of this Order.

It is ORDERED that Federal Defender's Office, or substitute counsel designated pursuant to the CJA Plan, is appointed to represent Defendant for all proceedings, including appeal. The Court may require Defendant to make full or partial repayment of attorney and witness fees, should it find that the Defendant has the ability to make such payment.

Date: August 15, 2025

_____
Judge's signature

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Sean Gardner ,<br><br>Defendant. | Case No. 4:25-mj-00505-HCA-1<br><br>**RULE 5 ORDER** |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: August 15, 2025

*Judge's signature*

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:25-mj-00505-HCA-1 |
| Sean Gardner ) | |
| Defendant ) | Charging District's Case No.  2:25-mj-31 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Southern District of Mississippi  .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: August 15, 2025

*Defendant's signature*

*Signature of defendant's attorney*

NOVA JANSSEN

*Printed name of defendant's attorney*

# IN THE UNITED STATES DISTRICT COURT
EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## FOR THE SOUTHERN DISTRICT OF IOWA
PARA EL DISTRITO SUR DE IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Estados Unidos De America, <br><br> Plaintiff, <br> Demandante, <br> v. <br><br> Sean Gardner <br><br> Defendant <br> Acusado | Criminal No. __4:25-mj-505__ <br> No. De Causa |

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS
**AFIRMACIÓN DE LOS DERECHOS DE LA QUINTA Y SEXTA ENMIENDA**

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

*Yo, el acusado nombrado arriba, por la presente afirmo mis derechos de la Quinta y Sexta Enmienda de guardar silencio y de tener abogado presente en cualquier y todas interacciones con la fiscalía o sus agentes. No renunciaré a ningunos derechos constitucionales sin la presencia de mi abogado, y no quiero que la fiscalía o sus agentes hablen conmigo buscando la renuncia a cualquier derecho a menos que mi abogado esté presente.*

_____
Defendant's signature (Firma del acusado)

Nova Janssen
_____
Attorney's name/address printed (Nombre/dirección de abogado escrito con letra de molde)

_____
Attorney's Signature (Firma del abogado)

Date (Fecha): __8-15-25__         Time (Hora): _____ a.m./p.m.