IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25cr28-KHJ-MTP

SEAN GARDNER

## MOTION TO EXTEND CHANGE OF PLEA DEADLINE

COMES NOW the defendant, Sean Gardner, and respectfully moves the Court to extend the change of plea deadline currently scheduled for December 11, 2025, for the following reason.

I.

On September 12, 2025, Sean Gardner made his initial appearance and was arraigned on the ten-count indictment filed in this case. On this date, the Federal Public Defender was appointed as counsel. Trial is currently scheduled for the calendar beginning January 5, 2026, with a pretrial conference on December 18, 2025, and a change of plea notification deadline on December 11, 2025.

II.

The undersigned submits that additional time is needed to explore the possibility of resolving this matter without the necessity of a trial. For the foregoing reasons, the undersigned respectfully requests that the change of plea notification deadline currently scheduled for December 11, 2025, be extended until December 17, 2025.

III.

The United States does not oppose the Defendant's request for an extension, and the Defendant submits that the requested extension will serve the ends of justice and is not sought for purposes of delay.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his

motion be granted and that the change of plea deadline currently scheduled for December 11, 2025, be extended until December 17, 2025.

    Respectfully submitted this the 11th day of December 2025.

SEAN GARDNER, Defendant

By:   *s/ Omodare B. Jupiter*
      Federal Public Defender
      N. and S. Districts of Mississippi
      2510 14th Street, Suite 902
      Gulfport, MS 39501
      Phone: (228) 865-1202
      Fax:   (228) 867-1907
      *Omodare_Jupiter@fd.org*
      MS # 102054

## CERTIFICATE OF SERVICE

    I, Omodare B. Jupiter, hereby certify that on this day I electronically filed the foregoing motion with the Clerk of the Court using ECF system which sent notification of such filing to the Assistant United States Attorney Kimberly Purdie.

This the 11th day of December 2025.

*/s/Omodare B. Jupiter*
Federal Public Defender